## Commonwealth *v.* Johnson, Appellant.

Submitted June 10, 1968. *Charles Johnson,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kachinski, Appellant.

Submitted June 13, 1968. *Joyce Ullman,* for appellant; *Robert W. Munley,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Order affirmed.